UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

Plaintiff,

-v-

LONDON MANHATTAN CORP.
d/b/a LONDON MEAT CO., INC.

Defendant.

Case No. 07-8249

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

London Manhattan Corp.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** 12/17/07

Signature of Attorney

**Attorney Bar Code:** CI4059

Form Rule7_1.pdf   SDNY Web 10/2007