

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
New York District Office

Adela Santos
Trial Attorney
Phone (212) 336-3695
Fax (212) 336-3623

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
For General Information: (800) 669-4000
TTY: (800)-669-6820
District Office: (212) 336-3721

FEB 0 8 2008

February 8, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED. 2/11/08

# MEMO ENDORSED

**VIA FACSIMILE**

Honorable Kevin Nathaniel Fox, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Equal Employment Opportunity Commission v. London Manhattan Corp.
Civil Action No. 07-8249 (LTS)(KNF)

Dear Judge Fox:

The parties to this proceeding jointly request, through their respective counsel, that the settlement conference scheduled for February 20, 2008 be adjourned. The reason for the requested adjournment is that the undersigned Plaintiff's counsel has a scheduling conflict on that date. The parties have not previously requested an adjournment.

Pursuant to your Honor's procedures requiring two suggested alternative dates, both parties are available on March 5, 2008 or March 7, 2008. Accordingly, we request that the February 20, 2008 conference be adjourned to one of those dates if it is mutually convenient for the Court. Plaintiff's counsel and Defendant's counsel consent to this request.

2/11/08
Application granted. The settlement conference will be held in courtroom 6A on March 5, 2008, at 2:30 p.m.
SO ORDERED:
Kevin Nathaniel Fox, U.S.M.J.

Respectfully submitted,

*Adela Santos*
Adela Santos

cc: Charles N. Internicola, Esq. (via facsimile)