UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | No. 07 Civ. 8249 (LTS) (KNF) |
| Plaintiff, -against- | ECF CASE |
| LONDON MANHATTAN CORP. d/b/a/ LONDON MEAT CO., INC. | COMPLAINT |
| Defendants. | JURY TRIAL DEMAND |

## ORDER

Upon consideration of the Motion to Intervene filed by David Case, the documents and authorities offered in support thereof, and any opposition thereto, IT IS THIS _____ day of _____, 2008 hereby ORDERED, that said Motion to Intervene be, and hereby is, GRANTED.

_____
Judge