DAVIDSON & GRANNUM, LLP
Sandra D. Grannum (SG6748)
Joel E. Davidson (JD0212)
30 Ramland Road
Orangeburg, New York 10962
Phone: (845) 365-9100
Attorneys for Proposed Third-Party
Intevenor David Case

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> -against- <br><br> LONDON MANHATTAN CORP. d/b/a/ LONDON MEAT CO., INC. <br><br> Defendants. | Civil Acton No. 07-CIV.-8249 (LTS) (KNF) <br><br> JURY DEMANDED <br><br> NOTICE OF MOTION TO INTERVENE OF DAVID CASE |

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Joel E. Davidson, affirmed on February 15, 2008, and upon the exhibits attached thereto, the accompanying Memorandum of Law in support of this motion by Proposed Intervenor, David Case, by his undersigned, will move this Court, before Judge Kevin Nathaniel Fox, United States Magistrate Judge, at 500 Pearl Street, New York, New York, Courtroom 20A at 9:00 a.m. on March 5, 2008, for an order pursuant to Federal Rules of Civil Procedures

§24(a) granting Mr. David Case's Motion to Intervene in this Action and for such other relief as the court may deem just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:      February 15, 2008

_____
Sandra D. Grannum, Esq. (SG6748)
Davidson & Grannum LLP
30 Ramland Road, Suite 201
Orangeburg, NY 10962
(845) 365-9100
(845) 365-9190