UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff, -against-

LONDON MANHATTAN CORP. d/b/a/ LONDON
MEAT CO., INC.

    Defendants.

No. 07 Civ. 8249 (LTS) (KNF)

ECF CASE

COMPLAINT

JURY TRIAL DEMAND

## ORDER

Upon consideration of the Motion to Intervene filed by David Case, the documents and authorities offered in support thereof, and any opposition thereto, IT IS THIS _____ day of _____, 2008 hereby ORDERED, that said Motion to Intervene be, and hereby is, GRANTED.

_____
Judge