DAVIDSON & GRANNUM, LLP
Sandra D. Grannum (SG6748)
Joel E. Davidson (JD0212)
30 Ramland Road
Orangeburg, New York 10962
Phone: (845) 365-9100
Attorneys for Proposed Third-Party
Intevenor David Case

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    **Plaintiff,**<br><br>-against-<br><br>LONDON MANHATTAN CORP. d/b/a/ LONDON MEAT CO., INC.<br><br>    **Defendants.** | Civil Acton No. 07-CIV.-8249 (LTS) (KNF) |

STATE OF NEW YORK    }
                            } s.s
COUNTY OF ROCKLAND  }

      Yolanda Cowans, deposes and says, under penalty of perjury:

      I am over 18 years and am not a party to this litigation. I reside in the County of Sussex, State of New Jersey.

      On February 15, 2008, I served a true copy of the Notice of Motion to Intervene, Declaration in Support of Motion to Intervene, Memorandum of Law in Support of Motion to Intervene, Proposed Order and Affidavit of Service by electronic mail upon:

Elizabeth Ann Grossman elizabeth.grossman@eeoc.gov
Charles Internicola cinternicola@dddilaw.com
Adela P. Santos adela.santos@eeoc.gov

Dated: February 15, 2008
       Orangeburg, New York

_____
Yolanda Cowans

Sworn to before me this
15th day of February, 2008.

_____
Notary Public

MAUREEN VOLLERS
NOTARY PUBLIC - STATE OF NEW JERSEY
MY COMMISSION EXPIRES:
June 8, 2012

2