AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

**APPEARANCE**

Case Number: 07-8249 (LTS)(KNF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/4/2008 | *(signature)* |
| Date | Signature |
| | Jane B. Jacobs — JJ 2925 |
| | Print Name — Bar Number |
| | Klein Zelman Rothermel LLP, 485 Madison Avenue |
| | Address |
| | New York — NY — 10022 |
| | City — State — Zip Code |
| | (212) 935-6020 — (212) 753-8101 |
| | Phone Number — Fax Number |