UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 0 2008

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

No. 07 Civ. 8249 (LTS) (KNF)

Plaintiff, -against-

ECF CASE

LONDON MANHATTAN CORP. d/b/a/ LONDON
MEAT CO., INC.

COMPLAINT

Defendants.

JURY TRIAL DEMAND

## ORDER

Upon consideration of the Motion to Intervene filed by David Case, the documents and authorities offered in support thereof, and there being no opposition thereto, IT IS THIS 7th day of March, 2008 hereby ORDERED, that said Motion to Intervene be, and hereby is, GRANTED.

_____
Judge